# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RIVER VALLEY TRANSIT AUTHORITY,** | : | Civil No. 4:12-CV-2239 |
| | : | |
| | : | (Judge Brann) |
| **Plaintiff** | : | |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **NORTH AMERICAN BUS INDUSTRIES ("NABI"), AMERICAN CAPITAL STRATEGIES, OPTIMA BUS, LLC, t.d.b.a. NABI, OPTIMA BUS, CORP., t.d.b.a. NABI, CHANCE COACH, INC., t.d.b.a. NABI, and CHANCE INDUSTRIES, INC., t.d.b.a, NABI,** | : | |
| | : | |
| **Defendants** | : | |

## REPORT AND RECOMMENDATION

AND NOW, this 2nd day of April 2013, upon receipt of the parties' Stipulation of Dismissal in which they represent that in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims against all defendants have been voluntarily dismissed with prejudice (Doc. 16.); IT IS HEREBY RECOMMENDED THAT the court enter an order dismissing the above-captioned action with prejudice.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge