IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIVER VALLEY TRANSIT AUTHORITY, | : | Civil No.: 4:12-CV-2239 |
| Plaintiff | : | (Judge Brann) |
| v. | : | |
| NORTH AMERICAN BUS INDUSTRIES ("NABI"), AMERICAN CAPITAL STRATEGIES, OPTIMA BUS, LLC, t.d.b.a. NABI, OPTIMA BUS, CORP., t.d.b.a. NABI, CHANCE COACH, INC., t.d.b.a. NABI and CHANCE INDUSTRIES, INC., t.d.b.a., NABI, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 2nd day of April, 2013, **IT IS ORDERED THAT:**

1. The report and recommendation of Magistrate Judge Carlson, filed April 2, 2013, record document no. 117, is adopted in full.

2. The above-captioned action is dismissed with prejudice.

3. The clerk is directed to close the case.

s/Matthew W. Brann
Matthew W. Brann
United States District Judge